| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Wilson, Samuel G | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>5/10/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P. O. Box 2421<br><br>Roanoke, VA 24010-2421 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Member Bd. Of Visitors | Wake Forest University School of Law |
| 2. | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Roanoke City School Board Teaching Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE**  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Revolving Charge | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Samuel G | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. The New Economy Fund Shares in Mutual Fund | A | Dividend | M | T | | | | | |
| 2. Treasury Securities | C | Interest | L | T | | | | | |
| 3. Treasury Securites Series Q | D | Interest | L | T | | | | | |
| 4. Condominium, Myrtle Beach,SC | C | Rent | | | Sell | 11/9 | M | G | Bluewaters Condos, Inc. |
| 5. Checking & Savings Accts. First Citizens Bank | A | Interest | J | T | | | | | |
| 6. Sun Life Assurance Co. of Canada, Policy | A | Interest | J | T | | | | | |
| 7. First Citizens Bank Checking Acct. Roanoke | A | Interest | J | T | | | | | |
| 8. Capital World Growth & Income Fund, Shares | C | Dividend | M | T | | | | | |
| 9. Smallcap World Fund, Shares | A | Dividend | M | T | | | | | |
| 10. Savings Account First Citizens Bank | A | Interest | J | T | | | | | |
| 11. Capital World Growth & Income Fund, Shares | C | Dividend | M | T | | | | | |
| 12. Smallcap World Fund, Shares | C | Dividend | M | T | | | | | |
| 13. Vodafone/Airtouch Stock | A | Dividend | | | Sell | 10/26 | J | A | |
| 14. Motorola, Inc. Stock | A | Dividend | | | Sell | 5/28 | J | A | |
| 15. Anderson & Strudwick, Inc. (Brokerage Acct.) | | None | | | Closed | 5/28 | | | |
| 16. AT&T, Stock | | None | | | Sell | 1/5 | J | A | |
| 17. Vodafone/Airtouch Stock | A | Dividend | | | Sell | 1/8 | J | A | |
| 18. Corning, Inc. Stock | | None | J | T | Part Sell | 7/30 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Samuel G | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Corning, Inc. Stock | | None | | | Sell | 10/26 | J | A | |
| 20. Pepsico, Inc. Stock | A | Dividend | | | Part Sell | 4/20 | J | A | |
| 21. Sun Microsystems, Stock | | None | | | Part Sell | 7/30 | J | A | |
| 22. Anderson & Strudwick, Inc. (Brokerage Account) | A | None | J | T | | | | | |
| 23. AT&T, Stock | | None | | | Sell | 1/8 | J | A | |
| 24. Anderson & Strudwick, Inc. (Brokerage Acct.) | A | Interest | | | Closed | 1/8 | | | |
| 25. Lucent Technologies, Inc. | | None | | | Sell | 5/28 | J | A | |
| 26. Lucent Technologies, Inc. | | None | J | T | | | | | |
| 27. Lucent Technologies, Inc. | | None | | | Sell | 1/8 | J | A | |
| 28. NCR Corp. | | None | | | Sell | 5/28 | J | A | |
| 29. Quest Diagnostic, Inc. | | None | | | See VIII | | | | |
| 30. Quest Diagnostic, Inc. | A | None | | | Sell | 1/8 | J | A | |
| 31. Avaya, Inc. | A | None | | | Sell | 5/28 | J | A | |
| 32. First Citizens IRA: | | | | | | | | | |
| 33. Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 34. Growth Fund of America | A | Dividend | J | T | | | | | |
| 35. Hartford Small Co. | A | Dividend | | | Sell | 8/3 | J | | |
| 36. Hartford Stock Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilson, Samuel G | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

1. Quest Diagnostic, Inc. listed on Line 43 of 2003 Report as a Part Sell should have been listed as a sale of all shares.

2. Anderson & Strudwick, Inc. listed on lines 15 and 24 of this report and Alliance Bernstein Capital Reserve listed on line 43 were closed this year. They were brokerage accounts for transfer of funds and had no value.

3. Pershing Government Acct. (Money Market Acct.) listed on line 38 of this report was transferred to Dreyfus Government Cash Management Inv. on 10/26/04. No income on this account.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilson, Samuel G | 5/10/2005 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wilson, Samuel G | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date  5/11/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544.